THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| BERT DUVALL, IV,<br><br>    Plaintiff,<br><br>v.<br><br>M. GUNTER; C. ANDERSON; C. PETTIT; E. RUELAS; J. GREENE; K. ROBERTSON; S. BERGSTROM; S. MACKELPRANG; BEN PETERSON; L. AFATASI; JUDGE ANN MARIE MCIFF ALLEN; JUDGE JON D. DUNLAP; JUDGE MEB ANDERSON; KATCH KEY; IRON COUNTRY SHERIFF'S DEPARTMENT; CEDAR CITY POLICE DEPARTMENT; UTAH HIGHWAY PATROL; SAMUAL WOODAL; IRON COUNTY; CEDAR CITY,<br><br>    Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 4:25-cv-00083-DN-PK<br><br>District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Paul Kohler on October 22, 2025, recommends that Plaintiff's Complaint[2] and this action be dismissed without prejudice for Plaintiff's failure to prosecute by failing to effectuate service, and for Plaintiff's failure to respond to the Order to Show Cause[3] issued by Judge Kohler on October 7, 2025.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ.

---

[1] Docket no. 14, filed Oct. 22, 2025.

[2] Docket no. 1, filed July 8, 2025.

[3] Docket no. 10, filed Oct. 7, 2025.

P. 72. No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of Judge Kohler are accepted and the Report and Recommendation is adopted in its entirety.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED in its entirety, and Plaintiff's Complaint[5] and this action are DISMISSED without prejudice.

The Clerk is directed to close the case.

Signed November 19, 2025.

BY THE COURT

David Nuffer
United States District Judge

---

[4] Docket no. 14, filed Oct. 22, 2025.

[5] Docket no. 1, filed July 8, 2025.